

P7580780

AFFIDAVIT OF SERVICE

FIRST LEGAL    MERCEDE DOUANGPANYA
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

GEORGE BELL
                                                    PLAINTIFF
                        - vs -
CITY OF NEW YORK, ET AL.,
                                                    DEFENDANT

index No. 1:22-CV-03251-DG-PK
Date Filed
File No. 358197
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _New York_ , COUNTY OF _Putnam_ :SS:

_Elijah Hawthorne_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _New York_ .

On _November 12, 2022_ at _10:13 AM_ ,

at **64 OSCAWANA HEIGHTS ROAD   PUTNAM VALLEY, NY 10579**

deponent served the within **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT AND JURY TRIAL DEMANDED** on:
**NANCY CARDAMONE**, the **DEFENDANT** therein named.

✓ **#1 INDIVIDUAL**    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ **#2 CORPORATION**    By delivering a true copy of each personally to _____, who provided verbal confirmation that he or she is authorized by appointment or law, to receive service on behalf of the **DEFENDANT.**

Deponent knew the person so served to be the_____ of the corporation, and authorized to accept service on behalf of the corporation.

___ **#3 SUITABLE AGE PERSON**    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ **#4 AFFIXING TO DOOR**    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ **#5 MAIL COPY**    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

✓ **#6 DESCRIPTION**
(USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _Female_    Color: _white_    Hair: _White_
Age: _65+_    Height: _5'3"-5'6"_    Weight: _160-180_
OTHER IDENTIFYING FEATURES: _Glasses_

___ **#7 WITNESS FEES**    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

✓ **#8 MILITARY SRVC**    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _New York_ and was informed that **DEFENDANT** was not.

___ **#9 OTHER**

NOTARY NAME & DATE  _November 17, 2022_

_Elijah Hawthorne_
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-FLN-7580780

KEITH A. HAWTHORNE
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Putnam County
02HA6029794
MY COMMISSION EXPIRES 08/30/202_