

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 28, 2023

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Bell v. City of New York, et. al.</u>, 22 Civ. 3251 (DG)(PK)

Your Honor:

      I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. I write jointly with plaintiff's counsel to respectfully request that the Court execute the parties' annexed revised Stipulation and Order of Dismissal pursuant to the Court's Order of November 27, 2023.

      Thank you for your consideration herein.

              Respectfully submitted,

              /s/ Mark D. Zuckerman
              Mark D. Zuckerman
              Senior Counsel

cc:    All Counsel (via ECF)