UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

GEORGE BELL,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                  Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

22 Civ. 3251 (DG)(PK)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       November 28, 2023

EMERY CELLI BRINCKERHOFF
ABADY WARD AND MAAZEL, LLP
*Attorneys for Plaintiff George Bell*
600 Fifth Ave., 10th Floor
New York, New York 10020

By: _____
    Richard D. Emery
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,*
  *Richard Sica, Louis Pia, Dennis Brooks,*
  *Nancy Cardamone, Maryann Bubelnik,*
  *Frank Bovino, Paul Heider and William*
  *Nevins*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Mark D. Zuckerman
    *Senior Counsel*

SCOTT STEVENSON
*Attorney for Plaintiff George Bell*
~~Aon,~~ 148 Wooley Street
Southampton, New York 11968

By: _____
Scott Stevenson
*Attorney for Plaintiff*

SO ORDERED:

_____
HON. DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023